

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date: 21cv367

   InterdistrictTransfer_NYSD@nysd.uscourts.gov

Re: Clare v. Greatbanc Trust Company et al

USDC Case Number: 1:21-cv-00367

Dear Clerk:

Pursuant to the order entered by Honorable Harry D. Leinenweber, on 04/09/2021, the above record was

   ☒   electronically transmitted to Southern District of New York

   ☐   paper documents were sent via certified mail to

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

   Sincerely,
   Thomas G. Bruton, Clerk

   By:   /s/ E. Caswick
          Deputy Clerk

New Case No. _____   Date _____

cc:   Non-ECF Attorneys and Pro se Parties

Rev. 09/23/2016